# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§ 
ADRINA VENITA HULL § Case No. 13-26908
§ 
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, September 17, 2015 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/04/2015          By: /s/ Barry A. Chatz, Trustee
                                                    Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ADRINA VENITA HULL § Case No. 13-26908
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: ARNSTEIN & LEHR LLP | $ 15,919.00 | $ 0.00 | $ 14,276.64 |
| Attorney for Trustee Expenses: ARNSTEIN & LEHR LLP | $ 49.86 | $ 0.00 | $ 49.86 |
| Charges: U.S. BANKRUPTCY COURT | $ 2,923.50 | $ 0.00 | $ 2,923.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 20,000.00 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,609.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMED | $ 10,202.11 | $ 0.00 | $ 0.00 |
| 2 | SPRINT CORP. | $ 2,042.52 | $ 0.00 | $ 0.00 |
| 3 | ILLINOIS BELL TELEPHONE COMPANY | $ 5,364.54 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                        Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL  60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                              Case No. 13-26908-PSH
Adrina Venita Hull                                                  Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen              Page 1 of 1             Date Rcvd: Aug 05, 2015
                              Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2015.
db             #+Adrina Venita Hull,    5838 S Maplewood Ave,    Chicago, IL 60629-1124
aty             +Arnstein & Lehr LLP,    Arnstein & Lehr,    120 S Riverside Plaza Ste 1200,
                  Chicago, IL 60606-3941
20684092        +Comcast,    PO Box 3002,   Southeastern PA 19398-3002
20684090        +Peoples Gas Light & Coke Company,    130 E Randolph Dr,    Chicago IL 60601-6207
20684093         US Cellular,    Dept 0203,   Palatine IL 60056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20684094        +E-mail/Text: g17768@att.com Aug 06 2015 00:33:23      AT&T,    PO Box 769,
                  Arlington TX 76004-0769
21610871        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Aug 06 2015 00:33:22       Cash Net USA,
                  200 W. Jackson, #400,    Chicago, IL 60606-6949
20684089        +E-mail/Text: legalcollections@comed.com Aug 06 2015 00:35:11       ComEd,    3 Lincoln Center,
                  Attn Claim Dept,    Oakbrook IL 60181-4204
22084685        +E-mail/Text: g17768@att.com Aug 06 2015 00:33:23      Illinois Bell Telephone Company,
                  % AT&T Services, Inc,    Karen A. Cavagnaro - Lead Paralegal,     One AT&T Way, Room 3A104,
                  Bedminster, NJ 07921-2693
21883589         E-mail/Text: appebnmailbox@sprint.com Aug 06 2015 00:34:02       Sprint Corp.,
                  Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
21610870         E-mail/Text: appebnmailbox@sprint.com Aug 06 2015 00:34:02       Sprint Nextel,    Po Box 4191,
                  Carol Stream, IL 60197-4191
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Colleen A Chinlund,    Arnstein & Lehr LLP,    120 S Riverside Plaza,    Suite 1200
20684091         Sprint Nextel,    PO Box 66207-0944
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2015 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Kevin H Morse    on behalf of Trustee Barry A Chatz khmorse@arnstein.com
              M. Gretchen Silver    on behalf of U.S. Trustee Patrick S Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roman Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
              Stephen G Wolfe    on behalf of Plaintiff Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
                                                                                              TOTAL: 7
```