# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADRINA VENITA HULL | § | Case No. 13-26908 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: 200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00          Claims Discharged
                                                 Without Payment:  17,609.17


Total Expenses of Administration:  20,000.00

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,842.36 | 21,642.36 | 20,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,609.17 | 17,609.17 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 39,451.53 | $ 39,251.53 | $ 20,000.00 |

4)  This case was originally filed under chapter 7 on 07/01/2013 . The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2015            By:/s/BARRY A. CHATZ
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cause of Action | 1249-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 3,123.50 | 2,923.50 | 2,923.50 |
| ARNSTEIN & LEHR LLP | 3110-000 | NA | 15,919.00 | 15,919.00 | 14,276.64 |
| ARNSTEIN & LEHR LLP | 3120-000 | NA | 49.86 | 49.86 | 49.86 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,842.36 | $ 21,642.36 | $ 20,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | COMED | 7100-000 | NA | 10,202.11 | 10,202.11 | 0.00 |
| 3 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | NA | 5,364.54 | 5,364.54 | 0.00 |
| 2 | SPRINT CORP. | 7100-000 | NA | 2,042.52 | 2,042.52 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,609.17 | $ 17,609.17 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-26908 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ADRINA VENITA HULL | | | | | Date Filed (f) or Converted (c): | 07/01/2013 (f) |
| | | | | | | 341(a) Meeting Date: | 08/20/2013 |
| For Period Ending: | 10/12/2015 | | | | | Claims Bar Date: | 07/01/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 2. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3. Cause of Action (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $200.00   $20,000.00   $20,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSET IS RESIDENTIAL PROPERTY TIED UP IN PROBATE MATTER.

RE PROP #     3   --   Possible probate cause of action

Initial Projected Date of Final Report (TFR): 12/31/2015         Current Projected Date of Final Report (TFR): 12/31/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-26908 | Trustee Name: BARRY A. CHATZ |
| Case Name: ADRINA VENITA HULL | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX0573 |
| | Checking |
| Taxpayer ID No: XX-XXX2089 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/12/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/15 | | Transfer from Acct # xxxxxx9756 | Transfer of Funds | 9999-000 | $20,000.00 | | $20,000.00 |
| 09/17/15 | 400001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,750.00 | $17,250.00 |
| 09/17/15 | 400002 | U.S. BANKRUPTCY COURT<br>ATTN; CLERK'S OFFICE<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $2,923.50 | $14,326.50 |
| 09/17/15 | 400003 | ARNSTEIN & LEHR LLP<br>Special Counsel<br>120 S. Riverside Plaza<br>Suite 1200<br>Chicago, IL 60606 | Distribution | | | $14,326.50 | $0.00 |
| | | ARNSTEIN & LEHR LLP | Final distribution representing a ($49.86)<br>payment of 100.00 % per court order. | 3120-000 | | | |
| | | ARNSTEIN & LEHR LLP | Final distribution representing a ($14,276.64)<br>payment of 89.68 % per court order. | 3110-000 | | | |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $20,000.00 | $0.00 |
| Subtotal | $0.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $20,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 7)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-26908 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | ADRINA VENITA HULL | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX9756 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2089 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/15/15 | 3 | Nelson David Blocher Attorney at Law | LIQUIDATION OF OTHER ASSET | 1249-000 | $20,000.00 | | $20,000.00 |
| 08/21/15 | | Transfer to Acct # xxxxxx0573 | Transfer of Funds | 9999-000 | | $20,000.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $20,000.00 |
| Subtotal | $20,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $20,000.00 | $20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0573 - Checking | $0.00 | $20,000.00 | $0.00 |
| XXXXXX9756 - Checking | $20,000.00 | $0.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |